Charles H. Chevalier
Christine A. Gaddis
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Phone:  973-596-4500
Fax: 973-596-0545

*Of Counsel:*

John C. Adkisson
Elizabeth M. Flanagan
**FISH & RICHARDSON P.C.**
3200 RBC Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Phone: 612-335-5070
Fax: 612-288-9696

*Attorneys For Plaintiff Cambira Company LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CAMBRIA COMPANY LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>QUARTZ MASTER, LLC and RAPHAEL STONE COLLECTION INC.,<br><br>       Defendants. | C.A. No.: 2:20-1637<br><br>**Fed. R. Civ. P. 7.1 Corporate Disclosure Statement** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Cambria Company LLC states that it is a non-governmental corporate party in the above-captioned action.  Cambria Company LLC is a wholly-owned subsidiary of Cambria Enterprises LLC.  No publicly held corporation

owns 10% or more of Cambria Company LLC's stock.

Dated: February 14, 2020

                                    Respectfully submitted,

                                    GIBBONS P.C.

                                    By: s/ Charles H. Chevalier

                                        Charles H. Chevalier
                                        Christine A. Gaddis
                                        GIBBONS P.C.
                                        One Gateway Center
                                        Newark, New Jersey 07102-5310
                                        (973) 596-4500
                                        cchevalier@gibbonslaw.com
                                        cgaddis@gibbonslaw.com

                                      *Of counsel:*

                                      FISH & RICHARDSON P.C.

                                      John C. Adkisson
                                      Elizabeth M. Flanagan
                                      3200 RBC Plaza
                                      60 South Sixth Street
                                      Minneapolis, Minnesota 55402
                                      Phone: 612-335-5070
                                      Fax: 612-288-9696
                                      adkisson@fr.com
                                      betsy.flanagan@fr.com

                                      *Attorneys for Cambria Company LLC*